IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ZWICKER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-02840 WHA<br><br>**ORDER DENYING STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The Court **DENIES** the parties' stipulation to continue the case management conference to December. Trial counsel shall please attend the case management conference on **OCTOBER 13, 2005, AT 3:00 P.M.** Please file your joint case management conference statement by **OCTOBER 7, 2005**.

**IT IS SO ORDERED.**

Dated: October 5, 2005.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE